IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY J. G. COOPER,        ) | |
| ) | |
| Plaintiff,        ) | Case No. 23-cv-3200 |
| ) | |
| v.        ) | |
| ) | |
| ALEX R. GILLESPIE, RYAN        ) | |
| BALLINGER, and SANGAMON        ) | Honorable Sara L. Darrow |
| COUNTY SHERIFF'S OFFICE,        ) | |
| ) | |
| Defendants.        ) | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff, by and through his counsel of record, and respectfully moves this Honorable Court to extend the deadline for Plaintiff to respond to Defendant's motion for summary judgment thirty (30) days. In support of this Motion, Plaintiff states as follows:

1. Plaintiff's deadline to respond to Defendant's motion for summary judgment is currently January 5, 2026.

2. On December 31, 2025, Attorney Peter Sadelski, who had primary responsibility for this matter, unexpectedly resigned from Plaintiff's law firm without prior notice.

3. Plaintiff's other attorney of record, Edward M. Fox, will be out of the country beginning January 2, 2026, and will not return until January 9, 2026, further limiting Plaintiff's ability to file a response to Defendant's motion by January 5, 2026.

4. A brief continuance of thirty (30) days is necessary to allow Attorney Fox sufficient time to return, get caught up on the case, and prepare the response to Defendant's motion for summary judgment.

5. "When an act may or must be done within a specified time, the court may, for good cause, extend the time… if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1); *See also Miller v. Chi. Transit Auth.*, 20. F.4th 1148, 1153 (7th Cir. 2021) ("A district court may, for good cause, extend a party's time to respond to a motion."). Courts will consider extenuating circumstances in evaluating a motion to extend a deadline. *See Hughes v. Accretive Health, Inc.*, No. 13 C 3688, 2013 U.S. Dist. LEXIS 209368, at *4 ("Typically, a party seeking an extension will point to some extenuating circumstance that prevented counsel from meeting a deadline despite counsel's best efforts.").

6. This request is made in good faith and not for purposes of delay. For these reasons and considering the extenuating circumstances at issue, Plaintiff requests that this Honorable Court grant this motion.

7. Plaintiff sent this motion to opposing counsel by email on 12/31/25 to see if it is unopposed. Plaintiff did not hear back from opposing counsel, but given the importance of the deadline and the time restraint, Plaintiff nonetheless filed this motion on 12/31/25.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order continuing the deadline for Plaintiff to respond to Defendant's motion for summary judgment thirty (30) days.

Respectfully submitted,

/s/ Edward M. Fox
Edward M. Fox
Ed Fox & Associates, Ltd.
118 North Clinton Street, Suite 425
Chicago, Illinois 60661
(312) 345-8877
efox@efox-law.com