IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY J G COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Law No. 23-cv-03200-SLD-RLH |
| ) | |
| ALEX R. GILLESPIE, RYAN BALLINGER AND ) | |
| SANGAMON COUNTY SHERIFF'S OFFICE, ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, RYAN BALLINGER, ALEX R. GILLESPIE AND SANGAMON COUNTY SHERIFF'S OFFICE, by THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, P.C., their attorneys, and for their Response to Plaintiff's Motion for Extension of Time to File Response in Opposition to Defendants' Motion for Summary Judgment, ECF 36, state as follows:

Defendants have no objection to the request for additional time, but request similar accommodations as needed when preparing the Reply.

                                                Respectfully Submitted,

                                                RYAN BALLINGER, ALEX R. GILLESPIE AND
                                                SANGAMON COUNTY SHERIFF'S OFFICE,
                                                Defendants

BY:    /s/ Theresa M. Powell
           Theresa M. Powell, IL ARDC #: 6230402
           Anthony J. Lucchesi, IL ARDC #: 6343859

5487-39 TMP/AJL

Theresa M. Powell
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
4205 Wabash Avenue
Springfield, IL 62711
Direct: 217.391.0921
Facsimile: 309.420.0402
Email: tmpowell@heylroyster.com; sprecf@heylroyster.com; cskaggs@heylroyster.com

Anthony J. Lucchesi
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
4205 Wabash Avenue
Springfield, IL 62711
Direct: 217.239.3649
Facsimile: 309.420.0402
Email: alucchesi@heylroyster.com; sprecf@heylroyster.com; cskaggs@heylroyster.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026, I electronically filed the foregoing RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Edward M. Fox
    Peter T. Sadelski
    ED FOX & ASSOCIATES, LTD.
    Suite 425
    118 North Clinton Street
    Chicago, IL 60661
    Email: efox@efox-law.com; petersadelski@efoxlaw.com
    **Attorneys for Plaintiff Anthony J G Cooper**

                                                  /s/ Theresa M. Powell
                                                      Theresa M. Powell

TMP (5487-39)
46711218.1